IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BORNA B. FAIZY, § § § *Plaintiff,* § § BORDAIRE INVESTMENTS, LLC, § § *Plaintiff/Counter-Defendant,* § § v. § § UNITED STATES OF AMERICA, § § *Defendant/Counterclaimant/* § *Third-Party Plaintiff,* § § v. § § MELANIE ADAIR, § § *Third-Party Defendant,* § | Case Number: 4:23-cv-00945 |

**UNITED STATES' NOTICE OF DEPOSITION OF BORNA B. FAIZY**

Please take notice that, under Federal Rule of Civil Procedure 30, the United States of America, through its counsel, will take the oral deposition of the following person at the location and on the date and time listed below:

| Deponent | Location | Date and Time |
|---|---|---|
| Borna B. Faizy | 717 N. Harwood Street, Suite 400 Dallas, TX 75201 | July 17, 2024 9:30 a.m. CT |

The foregoing deposition will be taken before some disinterested person authorized by law to administer an oath. The foregoing deposition shall be taken by stenographic means and recorded. If a deposition or examination is not commenced, or is commenced but not completed, then such deposition or examination shall be

1



Exhibit A

adjourned and continued until complete, without further notice other than proclamation at the place stated above.

Dated:  June 7, 2024

                DAVID A. HUBBERT
                Deputy Assistant Attorney General

                _____
                Christian A. Orozco
                Texas State Bar No. 24107886
                Trial Attorney – Tax Division
                U.S. DEPARTMENT OF JUSTICE
                717 N. Harwood Street, Suite 400
                Dallas, Texas 75201
                Phone: 214-880-9757
                Fax: 214-880-9741
                Christian.A.Orozco@usdoj.gov
                ATTORNEYS FOR UNITED STATES

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, I served the forgoing document by email on the below listed counsel.

Roger Farahmand
roger@farahmandlaw.com
Jeffrey M. Wise
jeff@langfordandwise.com

Counsel for Borna B. Faizy and Bordaire Investments, LLC

                                                Christian A. Orozco
                                                Trial Attorney, Tax Division